USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

MARGARITA ERKINA,

                                  **Plaintiff,**

                 **-against-**

**UNITED STATES CITIZENSHIP AND**
**IMMIGRATION SERVICES ET AL,**

                         **Defendants.**

------------------------------------------------------------ x

**25-cv-08588 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic status conference on **December 12, 2025 at 4:30 PM**

**Eastern Time.** All parties shall appear and should contact the Court at 1-855-244-8681 (access

code: 2305 3700 226#).

**SO ORDERED.**

**Dated:  December 2, 2025**
     **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**