USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __12/12/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

MARGARITA ERKINA,

                             Petitioner,

                -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES ET AL,

                        Respondents.

------------------------------------------------------ x

**25-cv-08588 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As stated in today's conference, the Government has until **February 13, 2026** to fille

an answer to the petition. Further, the Government is ordered to submit a status report

regarding adjudication of Petitioner's Application by **January 14. 2026.**

**SO ORDERED.**

**Dated:  December 12, 2025**
      **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**