USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/29/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

    **MARGARITA ERKINA,**

                       **Plaintiff,**

              **-against-**

    **UNITED STATES CITIZENSHIP AND**
    **IMMIGRATION SERVICES ET AL,**

                  **Defendants.**

-------------------------------------------------------- x

**25-cv-08588 (ALC)**

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

On January 26, 2026, Plaintiff submitted a Notice of Voluntary Dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i) with the Court. ECF No. 15. Accordingly, this

action is voluntarily dismissed without prejudice as to all claims and all defendants.

**SO ORDERED.**

**Dated:  January 29, 2026**
     **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**